PER CURIAM: Keith Lamont Conyers appeals the revocation of his probation

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Keith Lamont Conyers,       
Appellant.
 
 
 

Appeal From Darlington County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-079
Submitted November 20, 2002  Filed 
 January 28, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant
Deputy Director for Legal Services Theresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin,  all of Columbia; 
 for Respondent(s).
 
 
 

PER CURIAM:  Keith Lamont Conyers appeals 
 the revocation of his probation.  On November 29, 2000, Conyers pleaded guilty 
 to driving under the influence (third offense). The judge sentenced Conyers 
 to three years imprisonment and payment of a $4,000 fine, suspended on time 
 served of 110 days, a $2,000 fine, and three years probation.  After he violated 
 several conditions of his probation and pleaded guilty to driving under suspension 
 (third offense), the judge revoked three years of the original sentence and 
 converted the outstanding fines and fees to a civil judgment.  This sentence 
 was to be served concurrently with the three-year sentence Conyers received 
 for pleading guilty to driving under suspension.  The judge credited Conyers 
 for time he had served prior to the hearing.   
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Conyers attached to the final brief a petition to be 
 relieved as counsel, stating she had reviewed the record and concluded Conyers 
 appeal is without merit.  Conyers did not file a separate pro se 
 response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 CONNOR, STILWELL, and HOWARD, JJ., 
 concur.